

IN THE
TENTH COURT OF APPEALS

_____

No. 10-12-00429-CV

JANET NELSON,

Appellant

 v.

THE CITY OF WACO,

Appellee

_____

From the 414th District Court
McLennan County, Texas
Trial Court No. 2011-3153-5

_____

MEMORANDUM  OPINION

_____

On November 21, 2012, appellant, Janet Nelson, filed a notice of appeal,

challenging a judgment signed by the trial court on an unspecified date.[1]  Subsequently,

_____

[1] The substance of appellant's notice of appeal is as follows:

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT

Today, this 19th day of November 2012, a party of the defendant, Janet Nelson, gives Notice of Appeal to this Judgment.  I also ask the court to set aside this Judgment.

on December 5, 2012, this Court informed appellant that her notice of appeal is defective. Specifically, in our letter, we noted that appellant's notice of appeal "does not state the date of the judgment or order appealed from or the court to which the appeal is taken, and there is no indication that appellant's notice of appeal was served on all parties to the trial court's final judgment." *See* TEX. R. APP. P. 25.1. We further noted that this appeal was subject to dismissal if appellant failed to respond to and correct the above-mentioned deficiencies within twenty-one days of December 5, 2012. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and appellant has yet to respond to our December 5, 2012 letter. Accordingly, we hereby dismiss appellant's appeal for want of prosecution. *See id.*

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. *See id.* at R. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007); *see also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

---

In addition, appellant lists in her notice of appeal the style of the underlying case as being: "THE CITY OF WACO . . . v. ARTHUR LEE NELSON ETAL [sic] . . . ." Based on appellant's notice of appeal, we are unsure who Arthur Lee Nelson is and how appellant is involved in this case. *See* TEX. R. APP. P. 25.1(d).

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed January 24, 2013
[CV06]